# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RICKY HAND,

           Petitioner,     :     Case No. 3:19-cv-49

   - vs -                                 District Judge Thomas M. Rose
                                          Magistrate Judge Michael R. Merz

WARDEN, North Central Correctional
    Complex

                                       :

          Respondent.

# RECOMMITAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 7) to the Magistrate Judge's Report and Recommendations (ECF No. 4).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

March 28, 2019                                                               *s/Thomas M. Rose

                                                                                                         Thomas M. Rose
                                                                                United States District Judge