# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RICKY HAND, | : | Case No. 3:19-cv-00049 |
| Petitioner, | : | Judge Thomas M. Rose |
| v. | : | |
| NEIL TURNER, Warden,<br>North Central Correctional, | : | |
| Respondent. | : | |

## ENTRY AND ORDER OVERRULING OBJECTIONS (DOCS. 7, 10); ADOPTING REPORT AND RECOMMENDATIONS (DOC. 4) AND SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. 9); AND TERMINATING THIS CASE

This habeas corpus case is before the Court on the Objections (Docs. 7, 10) filed by Petitioner Ricky Hand ("Hand") to the Report and Recommendations ("Report") (Doc. 4) and Supplemental Report and Recommendations ("Supplemental Report") (Doc. 9). In both the Report and Supplemental Report, Magistrate Judge Michael R. Merz recommended that the Court dismiss Hand's Petition for Writ of Habeas Corpus (Doc. 3) with prejudice.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Hand's Objections to the Report (Doc. 7) and Objections to the Supplemental Report (Doc. 10) are not well taken and they are **OVERRULED**. The Court **ADOPTS** the Report (Doc. 4) and Supplemental Report (Doc. 9) in their entirety and rules as follows:

- The Court **DISMISSES** the Petition for Writ of Habeas Corpus (Doc. 3) with prejudice;

- As reasonable jurists would not disagree with this conclusion, Hand is

**DENIED** a certificate of appealability;

- The Court further **CERTIFIES** to the Sixth Circuit that any appeal would be objectively frivolous and therefore Hand should not be permitted to proceed *in forma pauperis*; and

- The Clerk is **ORDERED** to terminate this case on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, May 6, 2019.

                                                                s/Thomas M. Rose

                                                    THOMAS M. ROSE
                                     UNITED STATES DISTRICT JUDGE