# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Ricky Hand<br>*Plaintiff*<br>v.<br>Warden, North Central Correctional Complex<br>*Defendant* | Civil Action No. 3:19-CV-49 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment in favor of Respondent and against Petitioner; Petition is dismissed with prejudice; certificate of appealability denied; and certifies to the sixth circuit that an appeal would be objectivley frivilous and petitioner should not be permitted to proceed in forma pauperis.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for _____.

Date: 5/7/19

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*